EL PUEBLO DE PUERTO RICO, demandante y apelado, *v.* JULIÁN CORA CORA, (*a*) PITILLÁN, acusado y apelante.

Núm. 9193.—*Sometido:* Junio 8, 1942. *Resuelto:* Junio 12, 1942.

*Julián Cora Cora,* por su propio derecho; *Hon. Procurador General George A. Malcolm, R. A. Gómez, Fiscal del Tribunal Supremo* y *Luis Negrón Fernández, Fiscal Auxiliar,* abogados de El Pueblo, apelado.

EL JUEZ ASOCIADO SEÑOR SNYDER emitió la opinión del tribunal.

El acusado ha apelado de una sentencia de reclusión perpetua por asesinato en primer grado. En su alegato descansa únicamente en la contención de que fué obligado por la policía a declararse culpable y de que sus abogados hicieron una alegación de culpabilidad sin consultarle y sin su consentimiento.

El récord demuestra solamente que el acusado hizo una alegación de culpabilidad personalmente y mediante abogados, nombrados por la corte. Con el récord que tenemos a la vista no nos es posible, por lo tanto, determinar si hay alguna base para su contención. Si el acusado puede establecer los hechos que expone en su alegato, él tiene un remedio apropiado. *Berríos* v. *Saldaña,* 59 D.P.R. 903.

*La sentencia de la corte de distrito será confirmada.*